

RECEIVED
APR 29 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>ALBERT B. CORREIRA<br><br>*Defendant* | )<br>)<br>) Case No. 3:22-cr-00029-JMK-MMS<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | Federal Building – U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom No.: | VC E |
|---|---|---|---|
| | | Date and Time: | 5/17/22 at 10:30 AM |

This offense is briefly described as follows:

18:371 Wildlife Trafficking Conspiracy – Count 1; 16:3372(a)(2)(A) and 3373(d)(1)(A) Wildlife Trafficking Counts 2-4; 16:3372(a)(1) and 3373(d)(1)(A) Wildlife Trafficking Counts 5-6; 18:545 Smuggling Wildlife into the United States – Counts 7-9

Date: April 22, 2022

by *s/Brenda Kappler*
Signature of Issuing Officer

Brian D. Karth, Clerk of Court
Name and title of Issuing Officer

I declare under penalty of perjury that I have:

☒ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 04/29/2022

Server's signature

Daniel McNamara, Special Agent

*Printed name and title*