JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 3:22-CR-00029-JMK-MMS |
| vs. | ) | |
| | ) | **NOTICE OF** |
| ALBERT B. CORREIRA, | ) | **ATTORNEY APPEARANCE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW James Wendt and enters his appearance as CJA counsel on behalf of ALBERT B. CORREIRA. All future pleading should be delivered to his attention as indicated above.

DATED at Anchorage, Alaska this 23 day of May, 2022.

LAW OFFICES OF JAMES ALAN WENDT

__/s/James Wendt_____

I hereby certify that on May 23, 2022 a copy of foregoing Notice of
Attorney Appearance was served electronically on:

    All attorneys of record

    LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____