JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs.  ) | |
| ) | **NOTICE OF FILING DEFENDANT'S** |
| ALBERT B. CORREIRA,  ) | **RIGHT TO SPEEDY TRIAL ACT/FSA** |
| ) | **ACKNOWLEDGMENT & WAIVER** |
| Defendant.  ) | |
| _____) | |

COMES NOW James Wendt and provides notice of filing the attached Right to Speedy Trial Act/FSA Acknowledgment & Waiver.

DATED at Anchorage, Alaska this 23 day of May, 2022.

LAW OFFICES OF JAMES ALAN WENDT

   /s/James Wendt

I hereby certify that on May 23, 2022 a copy of foregoing Notice of Filing
Defendant's Right to Speedy Trial Acknowledgment and Waiver was
served electronically on:

    All attorneys of record

    LAW OFFICES OF JAMES ALAN WENDT

  /s/ James Wendt