S. LANE TUCKER
United States Attorney

STEVEN E. SKROCKI
CHARISSE ARCE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steve.skrocki@usdoj.gov
        charisse.arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALBERT B. CORREIRA, ) <br> ) <br> Defendant. ) <br> ) | No. 3:22-cr-00029-JMK-MMS |

**UNOPPOSED MOTION TO AMEND PROTECTIVE ORDER**

The United States files an unopposed motion to amend the protective order filed in this case at Docket 17 and 17-1. With respect to the proposed order, signed by the court, at Docket 18, the United States request that paragraph 4, be removed given the logistics between defendant, who resides on the east coast, and counsel, who reside in Alaska, and

given volume of the material to be provided. The United States also requests that at paragraph 5, the section after the comma, 'with the exception of Sensitive PII regarding any person other than the defendant' be removed as well for the above stated reasons.

Given the volume of material in this case, and the logistics involved in reviewing the material between counsel and client, the United States requests the foregoing modification to the Protective Order be made in this particular case.

RESPECTFULLY SUBMITTED September 21, 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, a true and correct copy of the foregoing was served electronically on the following:

James Wendt

s/ Steven E. Skrocki
Office of the U.S. Attorney

U.S. v. Correira
3:22-cr-00029-JMK-MMS            2