IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00029-JMK-MMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| ALBERT B. CORREIRA, | ) |
| Defendant. | ) |

**(PROPOSED) ORDER GRANTING
MOTION TO AMEND PROTECTIVE ORDER**

Before the Court is the Government's consent motion for a protective order pursuant to Federal Rule of Criminal Procedure ("FRCrP") 16(d). For the reasons stated in the motion, the Court finds good cause, GRANTS the Motion, and ORDERS that:

1. The "**Defense Team**" refers to the Defendant, counsel, employees of counsel's firm, and any retained expert witnesses.

2. "**Personally identifiable information**" ("PII") refers to any material, produced by the Government in discovery to the Defense Team, that identifies a specific person, including name, email address, Facebook user ID or handle, physical address, or photo depicting the person's face. "**Sensitive PII**" is a subset of PII that includes social security numbers, phone numbers, email addresses, or physical addresses.

3. The Defense Team shall take reasonable precautions to protect PII from loss, disclosure, or publication.

4. The defense team may, by video teleconference, display to the Defendant any portion of discovery.

5. The Defendant shall not contact any person identified in discovery, unless the Defendant had a relationship with that person prior to receiving discovery identifying the person. However, nothing in this order precludes defense counsel, or defense counsel's staff or investigator, from communicating with any witness.

IT IS SO ORDERED

Dated: at Anchorage, Alaska this _____ day of September, 2022.

_____
HON. JOSHUA M. KINDRED
U.S. DISTRICT COURT JUDGE