JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **NON-OPPOSED** |
| Plaintiff, ) | |
| ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs. ) | |
| ) | **NOTICE OF INTENT TO CHANGE** |
| ALBERT B. CORREIRA, ) | **PLEA VIA VIDEO CONFERENCE** |
| Defendant. ) | |
| _____ ) | |

COMES NOW the defendant, ALBERT B. CORREIRA, and gives notice of his intent to change plea to Count 1 of the Indictment at Docket No. 2 in the above captioned action charging Wildlife Trafficking Conspiracy. A Plea Agreement will be filed separately with the court in the near future, providing for agreed upon governmental considerations.

Defendant has been advised of his right to appear in person and knowingly waives that right to instead appear via video conference. Defendant has also been advised of his right to change his plea before the District Judge and waives that right to instead appear before the Magistrate Judge.

AUSA Skrocki does not oppose having Defendant change his plea via video conference.

Defendant asks that the court schedule the change of plea for any day after December 5, 2022.

DATED at Anchorage, Alaska this 22 day of November, 2022.

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____
Alaska Bar # 9201001

I hereby certify that on November 22, 2022 a copy of the foregoing notice of Intent to Change Plea was served electronically on:

All attorneys of record

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____