JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **ON SHORTENED TIME** |
| ) | **NON-OPPOSED** |
| Plaintiff, ) | |
| ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs. ) | |
| ) | **MOTION TO ALLOW DEFENDANT** |
| ALBERT B. CORREIRA, ) | **TO APPEAR AT STATUS** |
| ) | **CONFERENCE BY TELEPHONE** |
| Defendant. ) | |
| _____) | |

COMES NOW the defendant, ALBERT B. CORREIRA and moves this court for an order allowing his telephonic participation at the status conference scheduled for December 1, 2022.

DATED at Anchorage, Alaska this 30 day of November, 2022.

LAW OFFICES OF JAMES ALAN WENDT

\_\_/s/ James Wendt_____
Alaska Bar # 9201001

I hereby certify that on November 30, 2022 a copy of the foregoing
Motion to Allow Telephonic Participation was served electronically on:

    All attorneys of record

LAW OFFICES OF JAMES ALAN WENDT

    /s/ James Wendt