JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs. ) | |
| ) | |
| ALBERT B. CORREIRA, ) | **PROPOSED** |
| ) | **ORDER ALLOWING DEFENDANT** |
| Defendant. ) | **TO APPEAR TELEPHONICALLY** |
| _____ ) | **AT STATUS HEARING** |

  IT IS HEREBY ORDERED that Albert B. Correira may appear telephonically at the status

hearing scheduled for December 1, 2022 by telephoning _____ at 1:00 p.m. Alaska time.

  DATED at Anchorage, Alaska this 30 day of November, 2022.


        _____
        Matthew M. Scobel
        United States Magistrate Judge