JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 3:22-cr-00029-JMK-MMS <br> vs. ) <br> ) <br> ALBERT B. CORREIRA, ) **STATUS REPORT** <br> ) <br> Defendant. ) <br> _____) | |

COMES NOW the defendant, ALBERT B. CORREIRA, through counsel and provides the court and opposing counsel with the following status report.

Defendant had a Cardiac Holter Monitor study on December 12, 2022 and the finding were provided to counsel. The finding appear to support the initial diagnosis of PVCs (premature ventricular contractions) and additionally state "periods of tachycardia" (heart rate in excess of 100 beats per minute). As a result of the December 12 study, Defendant now has an appointment with a cardiologist identified below:

>Michael Meuth, MD
>Southcoast Physicians Group
>1565 N. Main St.
>Fall River, MA
>Phone : 508-973-9500

Defendant's appointment with his cardiologist is for January 19, 2023.

    Defendant's family physician is as follows:

        Naron Keo, MD
        Health First Family Care Center
        387 Quarry St Ste 100
        Fall River, MA
        Phone: 508-679-8111

Because of Defendant's stress related symptoms his family physician recommended the he have counseling with a behavioral therapist at the same location as Defendant's family physician. Defendant' therapist is Pamela Whynot. She has written a note addressing Defendant's stress related difficulties. The defendant is sending a copy of the note to me. I expect to have it by early next week.

    At this time is is request that counsel for Defendant be permitted to submit another status report on or before January 27, 2023 to allow time to obtain a report from Defendant's cardiologist.

    DATED at Anchorage, Alaska this 9 day of January, 2023.

        LAW OFFICES OF JAMES ALAN WENDT

        __/s/ James Wendt_____
        Alaska Bar # 9201001

I hereby certify that on January 9, 2023 a copy of the foregoing
Status Report was served electronically on:

    All attorneys of record

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____

United States v. Correira
Status Report
3:22-cr-00029(JMK)(MMS)
Page 2 of 2