JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs. ) | |
| ) | **FIRST UPDATED** |
| ALBERT B. CORREIRA, ) | **STATUS REPORT** |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW the defendant, ALBERT B. CORREIRA, through counsel and provides the court and opposing counsel with the following updated status report.

Defendant met with his cardiologist Michael Meuth, MD on January 19, 2023. Defendant reports that the appointment was quite brief with Dr. Meuth scheduling him for a follow-up appointment on March 7, 2023. Defendant has provided counsel with written statement from his mental health counselor whom he has been sing as a result of the anxiety the instant case has been causing him.

As counsel for Defendant, I intend to obtain the medical records from Defendant's primary care physician.

DATED at Anchorage, Alaska this 27 day of January, 2023.

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____
Alaska Bar # 9201001

I hereby certify that on January 27, 2023 a copy of the foregoing Status Report was served electronically on:

All attorneys of record

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____