JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **NON-OPPOSED** |
| Plaintiff, | ) | |
| | ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs. | ) | |
| | ) | **MOTION TO SCHEDULE CHANGE** |
| ALBERT B. CORREIRA, | ) | **OF PLEA AND SENTENCING ON** |
| | ) | **THE SAME DATE** |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the defendant, ALBERT B. CORREIRA and moves this court for an order calendaring his Change of Plea and his Sentencing to occur on the same date. Defendant resides in Massachusetts and he desires to make only one trip to Alaska to handle the Change of Plea and the Sentencing.

It is anticipated that the Court will order preparation of a presentence report. The defendant is amenable, pursuant to FRCP 32(e)(1), to filing with the court a written consent allowing probation to disclose the presentence report to the parties and to the Court prior to the Change of Plea.

Upon the receipt of the Court's Order scheduling Defendant's Change of Plea and Sentencing, the Defendant will be filing a motion for travel and related expenses to be furnished by the United States Marshal pursuant to 18 U.S.C. §4285.

This motion is non-opposed by AUSA Skrocki.

DATED at Anchorage, Alaska this 16 day of May, 2023.

LAW OFFICES OF JAMES ALAN WENDT

　/s/ James Wendt　
Alaska Bar # 9201001

I hereby certify that on May 16, 2023 a copy of the foregoing
Motion to Calendar Change of Plea and Sentencing
was served electronically on:

All attorneys of record

LAW OFFICES OF JAMES ALAN WENDT

　/s/ James Wendt