## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALBERT B. CORREIRA, )<br>)<br>Defendant. )<br>_____) | Case No. 3:22-cr-00029-JMK-MMS<br><br>**PROPOSED<br>ORDER SCHEDULING CHANGE OF<br>PLEA AND SENTENCING** |

IT IS HEREBY ORDERED that Defendant's Change of Plea is scheduled for the _____ day of _____, 2023 at _____ a.m./p.m. to be immediately followed by Defendant's Sentencing.

IT IS FURTHER ORDERED that United States Probation shall prepare Defendant's Presentence Report and, upon receipt of Defendant's Consent to Distribute, shall distribute the Presentence Report to the parties and to the Court in preparation for Sentencing.

DATED at Anchorage, Alaska this _____ day of May, 2023.

_____
Joshua M. Kindred
United States District Court Judge