JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs. ) | |
| ) | **NOTICE OF PROPOSED DATES** |
| ALBERT B. CORREIRA, ) | **FOR IMPOSITION OF SENTENCE** |
| ) | |
| Defendant. ) | |
| _____) | |

In compliance with the Court Order at Docket 39 for the parties to propose three dates for Imposition of Sentence defense counsel has conferred with AUSA Steven Skrocki. The parties have the full weeks of August 21 and August 28 open and any day during those two weeks are acceptable that do not conflict with the Court's calendar.

The defense requests a morning hearing, if possible, to allow the defendant to travel from Massachusetts to Alaska the day prior to the Imposition of Sentence and to get a night rest prior to the hearing.

DATED at Anchorage, Alaska this 23 day of May, 2023.

        LAW OFFICES OF JAMES ALAN WENDT

        __/s/ James Wendt_____
        Alaska Bar # 9201001

I hereby certify that on May 23, 2023 a copy of the foregoing
Notice of Dates for Imposition of Sentence was served electronically on:

    All attorneys of record

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____