JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs. ) | |
| ) | **MOTION FOR GOVERNMENT** |
| ALBERT B. CORREIRA, ) | **PROVIDED AIR TRAVEL, LODGING** |
| ) | **AND EXPENSES FOR DEFENDANT'S** |
| Defendant. ) | **CHANGE OF PLEA AND** |
| _____) | **SENTENCING** |

  COMES NOW the defendant, ALBERT B. CORREIRA and moves this court for an order directing the United States Marshal Service to arrange and pay for Defendant's round trip travel, one night hotel stay and per diem for his scheduled Change of Plea and Sentencing scheduled for August 25, 2023 at 10:00 A.M. Thia motion is brought pursuant to 18 U.S.C. §4285.

  Mr. Correira is scheduled to appear in United States District Court in Alaska for his change of plea and sentencing. He is traveling from his home in Westport, Massachusetts. It is requested that travel be arranged for Mr. Correira to leave on August 24, 2023 to allow him

time to be rested and able to intelligently take part in the change of plea and sentencing hearings without being exhausted from his travels[1].

Round trip is requested though it is the practice for the U.S. Marshal's Office to arrange for one way travel anticipating that the defendant may be remanded into custody, and if that were to occur it would result in an unnecessary expense. Then, when a defendant is not remanded into custody the U.S. Marshal's must immediately arrange for a return flight. Mr. Correira, if custody is ordered, will be reporting to a facility within 500 miles of his residence in Massachusetts and will be allowed to return and self-report. He has no criminal record and the facts of the instant case do not support an immediate remand into custody. Arranging for a return flight will ease the haste required in the event the Marshal's service is required to scramble and arrange for a return flight on a Friday afternoon. It will also enable for Mr. Correira's family to make the proper arrangements to meet him at the airport upon his return.

DATED at Anchorage, Alaska this 23 day of June, 2023.

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____
Alaska Bar # 9201001

I hereby certify that on June 23, 2023 a copy of the foregoing
Motion to arrange and pay for travel, hotel and per diem
was served electronically on:

    All attorneys of record

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____

---

[1] A check on Travelocity reveals that the shortest time Mr. Correira trip will take is 11 hours and 52 minutes. Further, Mr. Correira lives 58 miles form the airport in Boston requiring an addition 1 hour and 30 minutes travel time.

United States v. Correira
Motion to Order US Marshals to arrange Travel
3:22-cr-00029(JMK)(MMS)
Page 2 of 2