# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs. ) | |
| ) | |
| ALBERT B. CORREIRA, ) | **PROPOSED** |
| ) | **ORDER DIRECT U.S MARSHAL'S** |
| Defendant. ) | **TO ARRANGE AIR TRAVEL, ONE** |
| _____) | **NIGHT'S LODGING AND PER DIEM** |

IT IS HEREBY ORDERED that the United States Marshal's Service shall arrange for air travel for Albert B. Correira to travel to Anchorage on August 24, 2023 and to return to Logan Airport on Boston, Massachusetts the afternoon of August 25, 2023. Lodging shall be provided in an appropriate location for the night of August 24, 2023 and two days per diem shall be provided.

DATED at Anchorage, Alaska this _____ day of _____, 2023.

_____
Joshua M. Kindred
United States District Court Judge