JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs. ) | |
| ) | **MOTION FOR PROVISIONAL** |
| ALBERT B. CORREIRA, ) | **ORDER FOR GOVERNMENT** |
| ) | **PROVIDED TRANSPORTATION** |
| Defendant. ) | **AND MONEY FOR SUBSISTENCE** |
| _____) | **EXPENSES TO PROCEED TO** |
| | **THE PLACE OF DEFENDANT'S** |
| | **ANTICIPATED PROBATION** |

COMES NOW the defendant, ALBERT B. CORREIRA and moves this court for a provisional order directing the United States Marshal Service to arrange and pay for Defendant's travel and subsistence expenses for his anticipated requirement to proceed to his place of probation after his sentencing scheduled for August 15, 2023. This motion is brought pursuant to 18 U.S.C. §3604 which states as follows:

> A court, after imposing a sentence of probation, may direct a United States marshal to furnish the probationer with-
>
> (a)      transportation to the place to which he is required to proceed as a condition of his probation; and

(b) money, not to exceed such amount as the Attorney General may prescribe, for subsistence expenses while traveling to his destination.

Because the Court has not yet imposed sentence upon the defendant an order would be premature, however, because a sentence of probation is likely given that the presentence report writer recommends a probationary sentence[1] and Government has agreed to a recommend a probationary sentence if the applicable guideline range is in Zone B of the sentencing table[2] it is likely than a probationary sentence will be imposed.

This motion for a provisional order is brought at this time in large part to avoid as much as possible the hasty arrangements that will be required to secure transportation for the defendant back to Massachusetts[3].

The defendant will be asking the court for an order that he receive probation and that he report to the closest United States Probation Office to his home which is the United States Probation and Pretrial Services Office in Taunton, Massachusetts.

Assistant United Stated Attorney, Steven E. Skrocki has been contacted by the defense and he does not oppose this motion.

---

[1] Dkt. 45, p. 1.

[2] Dkt. 26, pp. 2 and 9. The defendant's guideline range in fact is calculated to be in Zone "A" of the sentencing table.

[3] In an earlier case, *U.S. v. Craig Christy*, 3:11-cr-00068-TMB, present counsel filed a motion for return travel (at dkts. 247 and 251) the day prior to sentencing and it resulted in a bit of a frenzy to get the defendant his last minute flight. It also resulted in the U.S. Marshal not having immediate funds to give to the defendant and defense counsel (i.e. me) had to front Mr. Christy $20 so he could afford something to eat on his way to his home in Pennsylvania.

DATED at Anchorage, Alaska this 14 day of August, 2023.

        LAW OFFICES OF JAMES ALAN WENDT

        __/s/ James Wendt_____
        Alaska Bar # 9201001

I hereby certify that on August 14, 2023 a copy of the foregoing Motion for a Provisional Order of Transportation and subsistence expense was served electronically on:

    All attorneys of record

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____