# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 3:22-cr-00029-JMK-MMS <br> vs. ) <br> ) <br> ALBERT B. CORREIRA, ) **PROPOSED** <br> ) **PROVISIONAL ORDER** <br> Defendant. ) **FOR TRANSPORTATION AND** <br> _____) **SUBSISTENCE EXPENSES** | |

IT IS HEREBY ORDERED that the United States Marshal's Service shall furnish air travel for Albert B. Correira to travel from Anchorage on August 25, 2023 to Logan Airport in Boston, Massachusetts on August 25, 2023. Additionally one day's subsistence expense is to be provided.

DATED at Anchorage, Alaska this _____ day of August, 2023.


_____
Joshua M. Kindred
United States District Court Judge