IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ALBERT CORREIRA,<br><br>      Defendant. | Case No. 3:22-cr-00029-JMK-MMS<br><br>**ORDER** |

    Before the Court is Mr. Correira's Motion for Provisional Order for Government Provided Transportation and Money for Subsistence Expenses to Proceed to the Place of Defendant's Anticipated Probation ("Motion") at Docket 49. In an unopposed motion, Mr. Correira requests a provisional order directing the United States Marshal Service to make return travel arrangements for Mr. Correira after his Change of Plea and Imposition of Sentence on August 25, 2023.

    18 U.S.C. § 3604 provides that a district court may direct the United States Marshal Service to furnish a recently sentenced probationer with (1) transportation to the place to which he is required to proceed as a condition of his probation; and (2) money for subsistence expenses while traveling.

The Court has reviewed the Motion at Docket 49; Mr. Correira's updated financial information at Docket 47; the Presentence Report at Docket 45; the Plea Agreement at Docket 26; and the Indictment at Docket 2. Without making a decision on sentencing, the Court finds that is it likely that a sentence of probation will be imposed. Further, the Court finds that Mr. Correira is likely to serve his term of probation in Westport, Massachusetts. Lastly, the Government does not oppose the Motion and the Court finds it well-taken.

In the interest of judicial economy and to provide ample notice to the United States Marshal Service, the Court **GRANTS** the Motion at Docket 49. The United States Marshal Service shall make appropriate arrangements for Mr. Correira's return travel and subsistence expenses. The Clerk of Court is directed to serve a copy of this Order upon the United States Marshal Service.

IT IS SO ORDERED this 21st day of August, 2023, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge