JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cr-00029-JMK-MMS |
| vs. ) | |
| ) | **DEFENDANT'S SENTENCING** |
| ALBERT B. CORREIRA, ) | **MEMORANDUM** |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW the defendant, ALBERT B. CORREIRA and sets forth factors of which the court should be aware prior to imposing a sentence that is sufficient but not greater than necessary.

**DISAGREEMENTS WITH THE PRESENTENCE REPORT**

There are no disagreements with the presentence report though it should be noted that there are, or were, a number of related cases as follows:

U.S. v Jerome Anthony Stringfield – 3:22-cr-00031 - Pending
U.S. v. Allen William Ockey – 3:22-cr-00030 – 2 years probation, $5,000 donation
U.S. v. Derek M. Kelley – 3:22-cr-00037 – 2 years probation, $2,000 donation
U.S. v. Wayne R. King – 3:22-cr-00036 - dismissed
U.S. v. James Knight – 3:22-cr-00039 – 2 years unsupervised probation

U.S. v. Valerly V. Gorbounov – 3:22-cr-00040 – 2 yrs unsupervised probation $25 assessment
U.S. v. Nathan C. Meisner – 3:22-cr-00003 – 2 years probation, $2,000 fine
U.S. v. Ricky A. Spires – 3:22-cr-00038 – 2 years probation $25 assessment
U.S. v. Michael J. Lecam – 3:22-cr-00005 - dismissed[1]

## ARGUMENT/REQUESTS REGARDING SENTENCING

The government has agreed to recommend a sentence of two years of probation with six months home detention as a substitute of imprisonment if the defendant's applicable guideline range is in Zone B of the Sentencing Table. The defendant's applicable guideline range is in Zone A of the sentencing table. It is assumed that the government will simply recommend two years of probation because of the lesser zone and because two years of probation appears to be the common sentence for all defendants that have been sentenced to date. The defendant is in agreement with a sentence of two years of probation though will note that it appears his probations will be supervised because he has agreed to plead to a felony charge whereas the defendants that have been sentence to two years unsupervised probation have plead to a misdemeanor charge.

Additionally, the defendant has agreed to make a $5,000 donation to a non-governmental organization that conducts restoration and h=rehabilitation work of coral reef ecosystems in the Philippines. Thought the defendant has agreed to make such a donation he will not object should the court impose a lesser figure as the defendant is borrowing money from relatives to be able to make any donations at all.

---

[1] All information regarding related cased was taken from the docket sheets. It may be that more thorough information can be found in the Judgments.

The Federal Probation Office nearest to Defendant's residence is in Taunton, Massachusetts. The defendant asks that the court require the defendant to proceed to Federal Probation in Taunton, Massachusetts within 7 days of sentencing and to direct U.S. Probation regarding the defendant's return trip to Boston.

The defendant has no position regarding whether the District of Alaska retains jurisdiction after he is sentenced or if jurisdiction is to be transferred to the District of Massachusetts.[2] It is highly unlikely that the present defendant will in any way cause whatever court retains jurisdiction to become involved.

DATED at Anchorage, Alaska this 23 day of August, 2023.

LAW OFFICES OF JAMES ALAN WENDT

\_\_/s/ James Wendt_____
Alaska Bar # 9201001

I hereby certify that on August 23, 2023 a copy of the foregoing
Defense Sentencing Memorandum was served electronically on:

    All attorneys of record

LAW OFFICES OF JAMES ALAN WENDT

\_\_/s/ James Wendt_____

---

[2] A transfer of jurisdiction, pursuant to 18 U.S.C. 3605, requires the concurrence of the court to which jurisdictions is to be transferred.