JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Counsel for Defendant Albert B. Correira

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERT B. CORREIRA,<br><br>    Defendant. | Case No. 3:20-CR-0065-TMB-MMS<br><br>**<u>MOTION TO ACCEPT</u>**<br>**<u>LATE FILED DEFENSE</u>**<br>**<u>SENTENCING MEMORANDUM</u>** |

COMES NOW Defendant through James Wendt, CJA Counsel, and moves this Court for an order accepting Defendant's Sentencing Memorandum as filed August 23, 2023. The defense Sentencing Memorandum was due August 18, 2023. Counsel for Mr. Correira was in a mediation all day on August 18, 2023 on a very simple civil matter that was thought to take only a couple of hours.

DATED at Anchorage, Alaska this 24 day of August, 2023.

LAW OFFICES OF JAMES ALAN WENDT

/s/James Wendt

I hereby certify that on August 24, 2023 a copy of foregoing Motion to
Accept Late Filing was served electronically on:

    All attorneys of record
/s/ James Wendt