# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:22-cr-00029-JMK-MMS |
| ALBERT B. CORREIRA, | ) **PROPOSED** |
| | ) **ORDER ACCEPTING LATE** |
| Defendant. | ) **FILING** |

IT IS HEREBY ORDERED that Defendant's Sentencing Memorandum shall be accepted as filed August 23, 2023.

DATED at Anchorage, Alaska this _____ day of August, 2023.

_____
Joshua M. Kindred
United States District Court Judge