PROB 12B
(Rev. 7/93)

# UNITED STATES DISTRICT COURT
for the
District of Alaska

Request for Modification of Conditions or Term of Probation
With Consent of the Person Under Supervision

| | |
|---|---|
| **Name of Defendant:** Albert Correira | **Case Number:** 3:22-CR-00029-001-JMK |
| **U.S. Marshals Service No.:** 06318-510 | |
| **Name of Judicial Officer:** Honorable Joshua M. Kindred, United States District Judge | |
| **Date of Original Sentence:** August 29, 2018 | |
| **Original Offense:** Wildlife Trafficking Conspiracy in violation of 18 U.S.C. § 371, a Class D felony | |
| **Original Sentence:** 2 years of probation | |
| **Type of Supervision:** Probation | |
| **Supervision Commenced:** August 25, 2023 | |
| **Assistant U.S. Attorney:** Steven Skrocki | **Defense Attorney:** James Wendt |

## PETITIONING THE COURT

☐ To extend the term of Probation for _____ years, for a total term of _____ years.

☒ To modify the conditions of Probation as follows:

The remove the following special condition:

"The defendant shall submit to a warrantless search of person, residence, vehicle, personal effects, place of employment, and other property by a Federal probation or pretrial services officer or other law enforcement officer, based upon reasonable suspicion of contraband or a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation of supervision."

**DECLARATION AND RECOMMENDATION**

On August 25, 2023, the defendant appeared before the Honorable Joshua M. Kindred, United States District Judge, and was sentenced to a two-year term of probation after pleading guilty to Wildlife Trafficking Conspiracy. The defendant commenced supervision on the same date with a special condition to submit to warrantless searches. The defendant currently resides in Westport, Massachusetts where he is being supervised by the Taunton probation office in the District of Massachusetts.

According to the defendant's supervising officer in the District of Massachusetts, their office does not conduct body searches, vehicle searches, or confiscate items that are not in plain view. The District of Massachusetts is formally requesting the removal of this special condition to align with their local policies.

The District of Massachusetts is also requesting the jurisdiction be transferred in this case, as the defendant intends on residing there for the duration of his supervision term.

Attached is a signed Waiver of Hearing to Modify Conditions of Probation.

Respectfully submitted,

*Dylan West*
Dylan West
U.S. Probation Officer Assistant
October 23, 2023

Approved by:

Michael J. Castro
Supervisory U.S. Probation Officer

PROB 12B
Request for Modification of Conditions or Term of Probation With Consent of the Person Under Supervision
Albert Correira 3:22-CR-00029-001-JMK

2

PROB 49
(3/89)

# United States District Court

For the ____ District of ____ Alaska ____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I, <u>Albert B Correira</u>, <u>Dkt No 3:22CR00029-001</u>, have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The purpose of this communication is to respectfully request that the Court eliminate one of Mr. Correia's special conditions of release. This officer requests the court remove the following condition, "The defendant shall submit to a warrantless search of person, residence, vehicle, personal effects, place of employment, and other property by a Federal probation or pretrial services officer or other law enforcement officer, based upon reasonable suspicion of contraband or a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation of supervision."

The District of Massachusetts does not conduct body searches, vehicle searches, or confiscate items that are not in plain view.

Witness _____ Signed _____
        (U.S. Probation Officer)         (Probationer or Supervised Releasee)

Dated: 11/6/23