# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Number: 3:22-CR-00029-001-JMK |
| vs. | ) | |
| | ) | ORDER ON PETITION |
| ALBERT CORREIRA | ) | |

Based on the *Request for Modification of Conditions or Term of Probation* filed on October 23, 2023, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ ] No action.

[X] The modification of conditions as follows:

Condition(s) to be removed:

The defendant shall submit to a warrantless search of person, residence, vehicle, personal effects, place of employment, and other property by a Federal probation or pretrial services officer or other law enforcement officer, based upon reasonable suspicion of contraband or a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation of supervision.

[ ] Submit a Request for Warrant or Summons.

[ ] Court orders the defendant to appear for a status hearing scheduled for _____.

[ ] Other: _____

Dated this 24th day of October 2023.

*/s/ Joshua M. Kindred*
Honorable Joshua M. Kindred
United States District Judge