JAMES WENDT
Law Offices of James Alan Wendt
310 K Street, Suite 305
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Albert B. Correira

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-CR-00029-SLG-MMS |
| vs. ) | |
| ) | **MOTION FOR REAPPOINTMENT** |
| ALBERT B. CORREIRA, ) | **AS CJA COUNSEL** |
| Defendant. ) | |

COMES NOW James Wendt and moves this court for an order appointing him as CJA counsel for Defendant Albert B. Correira. Counsel was contacted on October 1, 2024 by Mr. Correira to assist in early termination of probation. Reappointment effective nunc pro tunc October 1, 2024 is sought.

DATED at Anchorage, Alaska this 8 day of October, 2024.

LAW OFFICES OF JAMES ALAN WENDT

/s/James Wendt

I hereby certify that on October 8, 2024 a copy of foregoing Motion for Reappointment was served electronically on:

All attorneys of record

LAW OFFICES OF JAMES ALAN WENDT

/s/ James Wendt