# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALBERT B. CORREIRA, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:22-cr-00029-SLG-MMS <br><br> **PROPOSED** <br> **ORDER OF REAPPOINTMENT** |

IT IS HEREBY ORDERED that James Wendt is reappointed as CJA counsel for Defendant Albert B Correira for the purpose of representing Defendant in his application for early release of probation. This appointment shall be effective nunc pro tunc October 1, 2024

DATED at Anchorage, Alaska this _____ day of October, 2024.

_____
Sharon L. Gleason
Chief District Court Judge of Alaska