| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:22CR00029 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 24cr10386 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Albert B. Correira<br>Westport, Massachusetts | DISTRICT<br>District of Alaska | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Joshua M. Kindred, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 8/25/2023 | TO 8/24/2025 |

OFFENSE
Wildlife Trafficking Conspiracy in violation of 18 U.S.C. § 371

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant currently resides in Massachusetts and has no intentions of returning to Alaska.

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12-4-24
Date

*[signature]*
Honorable Sharon L. Gleason, Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12·13·2024
Effective Date

*[signature]*
Honorable Accepting Judge